IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:                              )
                                    )
**NORDEN PAPER, LLC**               )    BANKRUPTCY NO. 14-03557
                                    )
        Debtor.                     )
                                    )
                                    )
                                    )

            MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS

    Comes now the Debtor, as Debtor in Possession, by and through counsel, and requests the Court authorize, pursuant to Section 363 (b) and (f), and Bankruptcy Rule of Procedure 6004(c), the private sale of certain real property assets of this Estate and as grounds therefor would show as follows:

    1.  The Debtor proposes to sell to Retif Oil & Fuel, LLC, approximately 21 acres of real property, which has a general street address of 6955 Cary Hamilton Road, Theodore, Alabama, including the improvements thereon for the amount of Two Million Eight Hundred Forty-Five Thousand Dollars ($2,845,000.00).

    2.  To the best of the Debtor's knowledge, information and belief, the following parties claim a lien, mortgage, encumbrances or other interest in the property to be sold:

        A) Wells Fargo Bank holds a first mortgage on the property, which secures a debt of approximately $588,000.00.

        B) United States Small Business Administration holds a second mortgage, which secures a debt of approximately $922,000.00.

        C) Marilyn E. Wood, Mobile County Revenue Commissioner, holds a lien to secure payment of property taxes in the approximate amount of $39,163.66.

3. The Debtor alleges that it is entitled to sell the property free and clear of the above listed lienholders, with the liens to attach to the proceeds of the sale, pursuant to Sections 363(b) and 363(f)(3) and 363(f)(5) as the sale proceeds will be greater than the value of all the liens attaching to the property to be sold and the listed lienholders could be compelled to accept a money satisfaction of their interest in the subject property.

4. The Debtor believes the sale of the property is in the best interest of this Estate, in that, from the sale proceeds the Debtor will be able to pay all lien holders as well as its unsecured creditors and emerge from this Chapter Eleven proceeding with the balance of its remaining assets and continue its business activities.

5. The property which the Debtor proposes to sell does not include "personally identifiable information" nor is this transaction subject to the provisions of the Clayton Act.

6. The Debtor further requests the Court direct the holders of liens or mortgage interests to provide to the Debtor, within seven days of the entry of any Order granting this motion, payoff statements for their liens or interests and to provide cancellations of their liens and interests to be held in trust by the Debtor's attorney pending closing.

7. The Debtor proposes to pay the closing costs and the lienholders at closing. However, in the event the Debtor has an objection to the amount of the payoff statements received or objects to the lienholders or interest holders claims, then the Debtor may escrow the amount stated in the payoff statement of the

holder to whom the objection is made and proceed with closing.  The escrowed funds will be disbursed only pursuant to an Order of the Court.

    8.  Given that the sale proceeds will be sufficient to pay in full the claims of creditors, the Debtor requests the Court terminate the stay imposed by Bankruptcy Rule of Procedure 6004(h).


                                           /s/ Suzanne Paul
                                           SUZANNE PAUL (PAULS5825)


                                           /s/ C. Michael Smith
                                           C. MICHAEL SMITH (SMITC7523)
                                           Attorneys for the Debtor

                                           PAUL AND SMITH, P.C.
                                           150 South Dearborn Street
                                           Mobile, Alabama  36602
                                           (251) 433-0588

## CERTIFICATE OF SERVICE

    I certify that on the 12th day of January, 2015, a true and correct copy of the above and foregoing pleading was filed electronically in the Bankruptcy Court for the Southern District of Alabama.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access the filing through the Court's electronic filing system.  I additionally certify that I have served a copy of the foregoing pleading by email or by first class mail, postage prepaid, to the following parties:

    Wells Fargo Bank
    c/o Eric L. Pruitt
    Baker, Donaldson, Bearman, Caldwell &Berkowitz, P.C.
    420 20th Street North, Suite 1700
    Birmingham, Alabama 35203
    epruitt@bakerdonaldson.com

    Marilyn E. Wood
    Revenue Commissioner
    Mobile County Revenue Commission
    P.O. Drawer 1169
    Mobile, Alabama 3633-1169
    email: cjoslin@mobile-propertytax.com

    U.S. Small Business Administration

```
200 West Santa Ana Boulevard
Suite 180
Santa Ana, California 92701
```

    /s/ C. Michael Smith_____
    C. MICHAEL SMITH